UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

KELLY SPRINGER,

    Plaintiff,

v.                                                      Civ. No. 15-1119 GJF

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER AWARDING ATTORNEY FEES

THIS MATTER is before the Court upon Plaintiff's "Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, with Memorandum in Support" ("Motion") [ECF No. 27]. Having reviewed the record, noting the concurrence of the parties, and being otherwise fully advised, the Court finds the Motion to be well-taken and will GRANT it.

**IT IS THEREFORE ORDERED** that Plaintiff is awarded fees under the Equal Access to Justice Act ("EAJA") in the amount of $5,181.00 for a total of 27 hours of work performed in 2015 and 2016.

**IT IS FURTHERMORE ORDERED** that if Plaintiff's counsel receives an award of attorney's fees under to 42 U.S.C. § 406(b), he shall refund the smaller amount to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE